IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 23-cv-15496<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeffrey Cole** |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Iron Maiden Holdings Limited ("Iron Maiden" or "Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Iron Maiden's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Iron Maiden has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of Iron Maiden's copyrighted works, including U.S. Copyright Registration Nos. VA0001910671,

---

[1] The e-commerce store urls are listed on Schedule A hereto.

1

VA0001907596, VA0001909133, and SR0000190942 ("Iron Maiden Copyrighted Works"), and/or using infringing and counterfeit versions of Iron Maiden's trademarks ("Iron Maiden Trademarks") to residents of Illinois. In this case, Iron Maiden has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Iron Maiden Trademarks and unauthorized copies of Iron Maiden's copyrighted works. *See* Docket No. [14], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Iron Maiden trademarks amd unauthorized copies of Iron Maiden's Copyrighted Works. A list of the Iron Maiden Trademarks are included in the below chart.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 3,840,031 | IRON MAIDEN | Aug. 31, 2010 | For: Musical sound recordings; musical video and audio recordings; digital music downloadable from the Internet in class 009.<br><br>For: Jewelry; watches; rings in class 014.<br><br>For: Posters; souvenir concert programs; tour books relating to musical performances; stickers; calendars; photographs; decals; notebooks; pens; wrapping paper; binders in class 016.<br><br>For: Backpacks; handbags; wallets in class 018.<br><br>For: Beverage ware; bottle openers; portable beverage coolers; barware, |

| | | | |
|---|---|---|---|
| | | | namely, goblets, tankards; coasters not of paper and not being table linen; candle holders; flasks; mugs in class 021.<br><br>For: Banners and flags of textile in class 024.<br><br>For: Clothing, namely, t-shirts, tank tops, long sleeve shirts, shorts, jerseys, sweatshirts, sweatpants, pants, jackets; hats; leather wrist bands; scarves; shoes in class 025.<br><br>For: Ornamental novelty pins; cloth patches for clothing; belt buckles in class 026.<br><br>For: Toy planes in class 028.<br><br>For: On-line ordering in the field of a variety of merchandise, namely, compact discs, DVDs, video cassettes, clothing, shoes, house wares, posters, canvas prints; providing a web site featuring sales information regarding a wide variety of merchandise in class 035.<br><br>For: Entertainment services, namely, live musical entertainment performances rendered by a vocal and instrumental group; providing a web site featuring information relating to live performances; providing a web site featuring non-downloadable musical recordings and video recordings featuring musical performances and entertainment content of the music performers in class 041. |
| 4,848,431 | IRON MAIDEN | Nov. 10, 2015 | For: Beers; fruit beverages and fruit juices in class 032.<br><br>For: Alcoholic beverages except beers and wine in class 033. |

| | | | |
|---|---|---|---|
| 5,842,969 | IRON MAIDEN | Aug. 27, 2019 | For: Downloadable computer game software via a global computer network and wireless devices; downloadable computer game software; recorded computer game software in class 009.<br><br>For: Entertainment services, namely, providing online computer games in class 041. |
| 1,306,972 | IRON MAIDEN | Nov. 27, 1984 | For: Inclusion on Paper or Cardboard Products-Namely, Posters, Souvenir Concert Programs, Stickers, Calendars, Photographs and Decals in class 016. |
| 1,307,146 | IRON MAIDEN | Nov. 27, 1984 | For: Clothing-Namely, T-Shirts, Jerseys, Sweat-Shirts, Hats, Jackets and Leather Wrist Bands in class 025. |
| 6,578,950 | TROOPER | Dec. 07, 2021 | For: Clothing, namely, shirts and pants; footwear; headgear, namely, hats; jackets; anoraks; trousers; skirts; shirts; T-shirts; sweatshirts; polo shirts; blouses; knitted articles of clothing and articles of clothing made from knitted materials, namely, sweaters; articles of sports clothing, namely, shirts; scarves; jeans; ties as clothing; hats; caps being headwear; baseball caps in class 025. |
| 6,624,387 | IRON MAIDEN | Jan. 25, 2022 | For: Beer in class 032. |
| 7,117,485 | EDDIE | Jul. 25, 2023 | For: Downloadable computer game software via a global computer network and wireless devices; downloadable computer game software; recorded computer game software; downloadable films and movies featuring animation; downloadable animated cartoons in the nature of comic strips, featuring animated characters in class 009. |

|  |  |  | For: Comics; comic books; magazines featuring animation in class 016. For: Clothing, namely, sweaters, hoodies; headwear, namely, beanies, baseball caps; jackets, anoraks, trousers, skirts, shirts, T-shirts, sweatshirts, polo shirts, blouses; knitted articles of clothing and articles of clothing made from knitted materials, namely, sweaters, scarves; all of the foregoing consisting of promotional goods for musical performances by a rock group in class 025. For: Entertainment services, namely, providing online computer games; entertainment services, namely, providing non-downloadable online animated films via a streaming video service in class 041. |
|---|---|---|---|

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Iron Maiden has presented specific facts in the Declaration of Paul Varley [13], paragraphs 30-35, and the Declaration of Martin F. Trainor [12-1], paragraphs 2-4, in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

5

a. using the Iron Maiden Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Iron Maiden product or not authorized by Iron Maiden to be sold in connection with the Iron Maiden Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Iron Maiden Copyrighted Works in any manner without the express authorization of Iron Maiden;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Iron Maiden product or any other product produced by Iron Maiden, that is not Iron Maiden's or not produced under the authorization, control, or supervision of Iron Maiden and approved by Iron Maiden for sale under the Iron Maiden Trademarks and/or Iron Maiden Copyrighted Works;

d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Iron Maiden, or are sponsored by, approved by, or otherwise connected with Iron Maiden; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Iron Maiden, nor authorized by Iron Maiden to be sold or offered for sale, and which bear any of Iron Maiden's trademarks, including the Iron Maiden Trademarks, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the Iron Maiden Copyrighted Works.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Iron Maiden is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba Group Holding Ltd. ("Alibaba"), AliExpress.com ("AliExpress"), Alipay, Amazon.com, Inc. ("Amazon"), Amazon Pay, Ant Financial Services Group ("Ant Financial"), Dhgate.com ("DHgate"), eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), PayPal, Inc. ("PayPal"), Fruugo.com Limited ("Fruugo"), Payoneer Global, Inc. ("Payoneer"), TP Apparel LLC ("Teepublic"), WhaleCo, Inc. ("Temu"), Walmart, Inc. ("Walmart"), and ContextLogic, Inc. d/b/a

        Wish.com ("Wish"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Iron Maiden's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, AliExpress, Amazon, eBay, Etsy, DHgate, Fruugo, Temu, Teepublic, Walmart and Wish, (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Iron Maiden expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, AliExpress, Alipay, Amazon,

        Amazon Pay, Ant Financial, eBay, Etsy, DHgate, PayPal, Fruugo, Temu, Teepublic, Payoneer, Walmart and Wish, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Iron Maiden's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Iron Maiden Trademarks and/or which bear the Iron Maiden Copyrighted Works.

6. Any Third Party Providers, including Alibaba, AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, DHgate, PayPal, Fruugo, Temu, Teepublic, Payoneer, Walmart and Wish,shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Iron Maiden may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court

is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Iron Maiden must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Paul Varley [13], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Iron Maiden shall deposit with the Court ten thousand dollars ($10,000), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 9:47 A.M. on this 13th day of November 2023 and shall remain in effect for fourteen (14) calendar days.

_____
Sara L. Ellis
United States District Judge

11

**Iron Maiden Holdings Limited v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 23-cv-15496**

# Schedule A

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | Shaoxing Jinguo Garment&Furnishings Co.,Ltd | Trademark | https://jinguogarment.en.alibaba.com/minisiteentrance.html? |
| 2 | AAA DIY SHOES Store | Trademark | https://www.aliexpress.com/store/1102842743 |
| 3 | AKA Wyatt Store | Trademark | https://www.aliexpress.com/store/1102438674 |
| 4 | Baohui2099 Store | Copyright | https://www.aliexpress.com/store/1102052416 |
| 5 | Canvas-Dropshipping Store | Trademark | https://www.aliexpress.com/store/3937001 |
| 6 | Freedome Store | Trademark | https://www.aliexpress.com/store/1102301249 |
| 7 | HD poster Store | Trademark | https://www.aliexpress.com/store/1101901416 |
| 8 | HD Posters Store | Trademark | https://www.aliexpress.com/store/1101979778 |
| 9 | Mling Patch Store | Trademark | https://www.aliexpress.com/store/1101366056 |
| 10 | shiyingyu8899666 Store | Trademark | https://www.aliexpress.com/store/1102233034 |
| 11 | Shop BoYang 221025 Store | Copyright | https://www.aliexpress.com/store/1102410062 |
| 12 | Shop1102191253 Store | Trademark | https://www.aliexpress.com/store/1102185290 |
| 13 | Shop1102208798 Store | Trademark | https://www.aliexpress.com/store/1102209807 |
| 14 | Shop1102297050 Store | Trademark | https://www.aliexpress.com/store/1102297050 |
| 15 | Shop1102300015 Store | Trademark | https://www.aliexpress.com/store/1102300016 |
| 16 | Shop1102341786 Store | Trademark | https://www.aliexpress.com/store/1102333854 |
| 17 | Shop1102398155 Store | Trademark and Copyright | https://www.aliexpress.com/store/1102403056 |
| 18 | Shop1102680624 Store | Trademark and Copyright | https://www.aliexpress.com/store/1102682558 |
| 19 | Shop1102751935 Store | Copyright | https://www.aliexpress.com/store/1102751936 |
| 20 | Shop1102893591 Store | Trademark | https://www.aliexpress.com/store/1102892607 |
| 21 | Shop1102902073 Store | Trademark | https://www.aliexpress.com/store/1102898143 |

| | | | |
|---|---|---|---|
| 22 | Shop1102913556 Store | Trademark | https://www.aliexpress.com/store/1102908533 |
| 23 | Shop1102913662 Store | Trademark | https://www.aliexpress.com/store/1102907600 |
| 24 | Shop1102981338 Store | Trademark | https://www.aliexpress.com/store/1102985299 |
| 25 | Shop1102983880 Store | Trademark | https://www.aliexpress.com/store/1102988563 |
| 26 | Shop1103054952 Store | Trademark | https://www.aliexpress.com/store/1103057989 |
| 27 | Shop20051123 Store | Copyright | https://www.aliexpress.com/store/1102017656 |
| 28 | Shop2286033 Store | Trademark | https://www.aliexpress.com/store/1101211331 |
| 29 | ShopYiu fai dress Store | Copyright | https://www.aliexpress.com/store/1100215220 |
| 30 | Trend 3D Clothing Store Store | Copyright | https://www.aliexpress.com/store/1102624351 |
| 31 | PRINT YOUR MIND STORE | Trademark | https://www.amazon.com/sp?ie=UTF8&seller=A3EFEYPTVXPVQT |
| 32 | jamesstitchedjersey Store | Trademark | https://www.dhgate.com/store/21845998 |
| 33 | pasjerseys2023 Store | Trademark | https://www.dhgate.com/store/21836308 |
| 34 | soccerfooballkit Store > | Trademark | https://www.dhgate.com/store/20946700 |
| 35 | uc2018jerseys Store | Trademark | https://www.dhgate.com/store/21665841 |
| 36 | baronbri81 | Trademark | https://www.ebay.com/fdbk/feedback_profile/baronbri81 |
| 37 | benniexc9 | Trademark | https://www.ebay.com/str/benniexctee |
| 38 | danble-d123 | Trademark | https://www.ebay.com/str/danbled123#tab2 |
| 39 | duongtr-36 | Trademark | https://www.ebay.com/usr/duongtr-36 |
| 40 | kingh-1154 | Trademark | https://www.ebay.com/usr/kingh-1154 |
| 41 | patrick_baugh_2028 | Trademark | https://www.ebay.com/str/vebph294#tab2 |
| 42 | quang5915 | Trademark and Copyright | https://www.ebay.com/str/quang5915store |
| 43 | rebecca_prudhomme_333 | Trademark | https://www.ebay.com/str/ebph330 |
| 44 | stickersmaster | Trademark | https://www.ebay.com/usr/stickersmaster |
| 45 | SwiftCuts | Trademark and Copyright | https://www.etsy.com/shop/SwiftCuts |
| 46 | theprintshhop | Trademark and Copyright | https://www.etsy.com/shop/theprintshhop |
| 47 | Twinix | Trademark and Copyright | https://www.fruugo.us/search?merchantId=11127 |
| 48 | Alishirts Store | Trademark | https://alishirts.com/ |
| 49 | gotithere | Trademark | https://www.gotithere.com/ |
| 50 | herahaul | Trademark | https://herahaul.com/ |

13

| | | | |
|---|---|---|---|
| 51 | Iron Maiden Store | Trademark | https://merch-ironmaiden.com |
| 52 | Leesilk | Trademark | https://leesilkshop.com |
| 53 | luaulooks. | Trademark | https://www.luaulooks.com |
| 54 | magicappa | Trademark | https://www.magicappa.com/ |
| 55 | mongatee | Trademark | https://mongatee.com |
| 56 | MUSIC BOUTIQUE | Trademark | https://www.music-boutiques.com/ |
| 57 | oaktura | Trademark | https://oaktura.com |
| 58 | pediclothing | Trademark | https://pediclothing.com/ |
| 59 | Pull The Plug Patches | Trademark and Copyright | https://www.pulltheplugpatches.com |
| 60 | tagotee | Trademark and Copyright | https://tagotee.com/ |
| 61 | Teegalaxy | Trademark and Copyright | https://www.teegalaxy.us/ |
| 62 | Teeruto | Trademark | https://teeruto.com |
| 63 | Timbre Shop | Trademark | https://timbreshop.com |
| 64 | Tourteez | Trademark | https://www.tourteez.com |
| 65 | Wishine | Trademark and Copyright | https://www.wishine.com |
| 66 | Dark_Inks | Trademark | https://www.teepublic.com/user/dark-inks |
| 67 | fsflag | Copyright | https://www.temu.com/fsflag-m-634418210298995.html |
| 68 | HIART | Copyright | https://www.temu.com/hiart-m-6317592560694.html |
| 69 | Tenkuo's Wardrobe | Trademark | https://www.walmart.com/seller/101126716 |
| 70 | Dreemys | Trademark | https://wish.com/merchant/6186b43da2ead9b688688215 |
| 71 | Meiten | Trademark | https://www.wish.com/merchant/62b2cbac4f2f0722b5f4d5dc |
| 72 | xujing89252 | Trademark | https://wish.com/merchant/60713a52173469068b25ed43 |